**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Rocco A. Viscomi <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4952 <br> EIN   __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____ <br> EIN   __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 24–22799–GLT | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Rocco A. Viscomi

2/19/25

**By the court:** <u>Gregory L Taddonio</u>
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 24-22799-GLT

Rocco A. Viscomi     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: admin     Page 1 of 3
Date Rcvd: Feb 19, 2025     Form ID: 318     Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rocco A. Viscomi, 827 Venango Avenue, Pittsburgh, PA 15209-1249 |
| 16459840 | + | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 16459844 | + | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 16459863 | + | Synchrony Bank/Amazon, Po Box 71737, Philadelphia, PA 19176-1737 |
| 16459864 | + | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16459865 | + | Synchrony Bank/Lowes, Po Box 71727, Philadelphia, PA 19176-1727 |
| 16459866 | + | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16459867 | + | Synchrony Bank/Sams Club, Po Box 71727, Philadelphia, PA 19176-1727 |
| 16459868 | + | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BRCCRAWFORD.COM | Feb 20 2025 06:33:00 | Rosemary C. Crawford, Crawford McDonald, LLC., P.O. Box 355, Allison Park, PA 15101-0355 |
| smg | | EDI: PENNDEPTREV | Feb 20 2025 06:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 20 2025 02:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Feb 20 2025 06:39:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 20 2025 02:34:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Feb 20 2025 02:33:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 16459852 | | Email/Text: correspondence@credit-control.com | Feb 20 2025 02:33:00 | Credit Control, LLC, 3300 Rider Trail S, Suite 500, Earth City, MO 63045 |
| 16459844 | + | EDI: CAPITALONE.COM | Feb 20 2025 06:33:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 16459840 | + | EDI: CAPITALONE.COM | Feb 20 2025 06:33:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 16459848 | + | EDI: CITICORP | Feb 20 2025 06:33:00 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 16459849 | + | EDI: CITICORP | Feb 20 2025 06:33:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO |

Case 24-22799-GLT   Doc 18   Filed 02/21/25   Entered 02/22/25 00:32:07   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 19, 2025 | Form ID: 318 | Total Noticed: 28 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 16459850 | + | EDI: WFNNB.COM | Feb 20 2025 06:39:00 | 63179-0040 Comenity Bank/Big Lots, Po Box 182120, Columbus, OH 43218-2120 |
| 16459851 | + | EDI: WFNNB.COM | Feb 20 2025 06:39:00 | Comenity/Big Lots, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 16459853 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Feb 20 2025 02:34:00 | Dept Of Education/Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 16459854 | + | EDI: DISCOVER | Feb 20 2025 06:33:00 | Discover Bank, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 16459855 | + | EDI: DISCOVER | Feb 20 2025 06:33:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 16459857 | | Email/Text: collecadminbankruptcy@fnni.com | Feb 20 2025 02:33:00 | First National Bank of Omaha, Attn: Bankruptcy, Po Box 3128, Omaha, NE 68103 |
| 16459856 | | Email/Text: collecadminbankruptcy@fnni.com | Feb 20 2025 02:33:00 | First National Bank of Omaha, P.o. Box 3412, Omaha, NE 68197 |
| 16459858 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Feb 20 2025 02:33:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Lockbox 6112, PO Box7247, Philadelphia, PA 19170-0001 |
| 16459861 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 20 2025 02:33:00 | PNC Bank**, PO Box 94982, Cleveland, OH 44101 |
| 16459862 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 20 2025 02:33:00 | PNC Financial, Attn: Bankruptcy, 300fifth Ave, Pittsburgh, PA 15222 |
| 16459860 | + | Email/PDF: ebnotices@pnmac.com | Feb 20 2025 02:42:58 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 16459859 | + | Email/PDF: ebnotices@pnmac.com | Feb 20 2025 02:42:57 | PennyMac Loan Services, LLC, Po Box 514387, Los Angeles, CA 90051-4387 |
| 16459864 | + | EDI: SYNC | Feb 20 2025 06:33:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16459863 | + | EDI: SYNC | Feb 20 2025 06:33:00 | Synchrony Bank/Amazon, Po Box 71737, Philadelphia, PA 19176-1737 |
| 16459866 | + | EDI: SYNC | Feb 20 2025 06:33:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16459865 | + | EDI: SYNC | Feb 20 2025 06:33:00 | Synchrony Bank/Lowes, Po Box 71727, Philadelphia, PA 19176-1727 |
| 16459868 | + | EDI: SYNC | Feb 20 2025 06:33:00 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16459867 | + | EDI: SYNC | Feb 20 2025 06:33:00 | Synchrony Bank/Sams Club, Po Box 71727, Philadelphia, PA 19176-1727 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |
| 16459847 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 16459845 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 16459846 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 16459841 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 16459842 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 16459843 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |

TOTAL: 1 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2025  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC blemon@kmllawgroup.com, lemondropper75@hotmail.com |
| Kenneth Steidl | on behalf of Debtor Rocco A. Viscomi julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rosemary C. Crawford | crawfordmcdonald@aol.com  PA68@ecfcbis.com |

TOTAL: 5